# EXHIBIT A



**IDAHO DEPARTMENT OF CORRECTION**
*"Protecting Idaho through Safety, Accountability,
Partnerships And Opportunities for Offender Change"*

C.L. "Butch" Otter
Governor

Brent D. Reinke
Director

## Monthly ICC Meeting Minutes

Thursday June 3, 2010
1400-1600
Idaho Correctional Industries
Board Room

### ATTENDEES:

Anastacio Perez, CCA
Andrea Evans, CCA
Diane Baune, IDOC
Gary Charland, IDOC
Jason Urquhart, DOP
Keith Thomas, IDOC
Kevin Myers, CCA Conference Call
Matt Vallard, IDOC

Natalie Warner, IDOC
Rona Siegert, IDOC
Shane Evans, IDOC
Shannon Cluney, IDOC
Sharon K. Lamm, IDOC
Tim Wengler, CCA
Tracy Koosman, CCA
Zarah Martin, IDOC

### AGENDA ITEMS:

New Business

- ICC staff response to telephone messages, e-mails, etc. – Shannon Cluney
  - Shannon explained he has received feed back from external stake holders (i.e. parents and family members) as well as IDOC staff that phone messages left with ICC staff are not returned. He wanted to put it before the group to see what can be done about it.
- POST Decertification Recommendations – Matt Vallard
  - In the past ICC has not forwarded recommendations for decertification to POST for those employees who were dismissed for poor performance or misconduct. ICC plans to research the last 3 years of employee resignation and termination data, and submit appropriate recommendations to POST. Warden Wengler provided assurance that future recommendations will be timely and appropriate. Warden Wengler said the POST contact for ICC is different than the contact for IDOC, and the two tend to not communicate. Matt indicated that he spoke to the POST Office of Professional Responsibility manager Mike Dillon, and the communication issue at POST will be addressed.
  - Warden Wengler said the POST presentation will be moved from June to July in order to give the National Office time to review.

D:\Minutes\Minutes 6-3-10.doc

- Security Staffing – 24/7 post being left vacant – Matt Vallard
  - Based on a review of shift rosters for most of April, housing unit security posts during second shift are being vacated around 2230 and not staffed again until 0530. The staffing plan in the contract provides for 1 pod control officer and 3 floor officers in most housing units. The rosters indicate staff in most pods are being reduced to 2 or 3 officers during those evening hours. In the PIE building there are often only 2 officers on duty.
  - Natalie stated this was addressed in the past with Deputy Warden Prado when, last fall, the rosters reflected a missing third floor officer during the evening hours. The explanation was it served as a buffer for the opening of DEF and PIE, but the staffing never recovered. Warden Wengler replied they will reformat the rosters, and verify the contract to make sure staffing expectations are known.
  - Kevin Myers asked Warden Wengler if there is an IDOC monitor available to review the reformatted roster. Matt offered to review the roster and provide feedback.

- Access to Religious Activities in PIE building – Diane Baune
  - Diane asked Tracy Koosman for an update on the provision of religious activities in the PIE building. Tracy replied he talked with the chaplain and he will arrange to have services start this week (the week of May 30th). Tracey will follow up with the chaplain and get back to Diane.
  - Diane asked Tracy if the plan is for offenders only to attend services in the PIE building and not the main building. Warden Wengler replied it is only for offenders who do not have access to the chapel and he will meeting with DW Cluney next week (the week of June 6th) to alleviate those issues.
  - Diane asked Warden Wengler if teleconferencing services has been discussed. He replied no. Natalie added the close circuit work is supposed to be completed and was expended out of IMF. It was being implemented when she performed her Religious Activities Audit in March. Warden Wengler replied he will look into it.

- Infirmary and negative air flow testing discussion – Natalie Warner/Rona Siegert
  - Natalie stated that the test should be performed annually; the audit response said the annual test is not required. NCCHC uses the word "should", but the intent is clearly for an annual test to be done to ensure the air flow is working properly. As well, this requirement was memorialized in amendment 2 as a performance measure criteria. Warden Wengler indicated he will have Randy Ward contact a HVAC contractor to complete the test by the end of June and provide the documentation to IDOC.
  - Zarah stated that on the Plan of Action for the Sick Call Daily Request audit the response does not correlate with the audit findings, the response was for the Consent and Refusal audit. This was also the case with Transfer Screening section; its Plan of Action addressed the Sick Call Daily Request audit. Warden Wengler replied they will provide a corrected plan. Zarah added the Transfer Screening Plan of Action is needed since it wasn't addressed. Zarah said she will follow up with Joe Cardona on the MDS and CPR certification and the Mental Health staff.

- ♦ Rona stated that the Plan of Action for the Infirmary audit mentions close custody offenders in the infirmary where medical officers cannot open the door for medical staff to treat the offender; a Captain must open the door. This is problematic since a chart review revealed an instance where it took a Captain one hour to open a door. Zarah added offender Bowman waited from 1000 to 1435 on 4/12/10 to receive an assessment from medical staff due to a locked door. Warden Wengler replied waiting that long is not acceptable. Zarah added that this is the same offender who was sent to the ER for a broken jaw, he was originally sent from medical to segregation where she found no medical documentation from 4/12/10 to 4/23/10, so she has concerns with how medical monitor offenders in segregation. She adds the offender submitted a concern form on 4/15/10 and 4/16/10 complaining of pain, the concern form wasn't triaged until 4/22/10, and he was seen on 4/23/10 and sent to the ER for surgery.
- ♦ Rona asked how often service requests are picked up and triaged for offenders in segregation. At ICC when an offender is seen after an assault, the medical check is documented in a 5-1 packet. Zarah added it is documented when an offender is sent to segregation, but when they are sent to DEF (close custody unit) the documentation is missed. Warden indicated the medical check is only attached to the 5-1 packet, not placed in their medical file. Zarah added that during her segregation checks for offenders who sustained injuries discovered though incident reports, most offenders commented that medical staff did not ask how they are doing. ICC needs to ensure the medical information and follow up from an assault gets placed into their medical file.
- ♦ Rona stated that IDOC has concerns with the pager and call light system in the infirmary. These systems are not adequate since offenders in the infirmary are not within line of sight of medical staff. She added the placement of the call buttons are not conducive to a patient who is bed ridden. Rona stated that a report from Joe Cardona mentioned that there was an instance when the nurse with the pager left medical. Rona cautioned that if you have an infirmary patient, stable or not, you absolutely cannot do that. Rona would like to discuss this issue further at the upcoming Medical meeting.

- Additional Items
    - ♦ Warden Wengler asked Sharon if he should present the Incident Log for the month. Kevin Myers suggested presenting a high level discussion of the interventions that he has actually performed in the last month. Sharon agreed. Warden Wengler summarized as follows:
        - There were 17 fights/assaults during the month of May 2010
        - 10 were directly STG related
        - 1 was Russian Mob related which is not recognized as STG
        - The incidents were fairly well spread out through out the facility
            - 1 in J
            - 1 in K
            - 1 in L
            - 2 in C
            - 4 in hallways (only 1 since there was a staff change)
        - There will be a new process on how they will decide who gets assigned to a "quad" in Close Custody (2 fights where in those areas even though offenders had no alerts on each other)

- - o There was a sewing needle fight in a bunk area
    - o There was a fight over a glass of milk in the PIE building
    - o There was a fight over who was first to use a Play Station
  - ♦ Sharon asked Warden Wengler to elaborate on the after incident actions. Tracy replied all Unit Managers and Chiefs will now receive copies of the investigation reports on all incidents, so they will be aware of what's going on facility wide. Unit Managers will be responsible for their offenders who are off the unit and thus will be required to do a separate investigation if an incident arises. Captains and Lieutenants will keep a watch of all STG leaders when they are in the dining hall. Warden Wengler added the Unit Management Team will speak to inmates and staff who were in the area of an incident within 24 hours. He also said ICC has realigned Correctional Counselors and Case Managers, in order to match staff strengths to certain offender populations. Schedules will also change to help cover the breakfast meal.
  - ♦ Warden Wengler stated that he and Shane Evans decided to hold off on implementing the TCU programs; it's to be revisited at a later date.
  - ♦ Warden Wengler said he would like, at each monthly meeting, give a briefing on the joint assessment progress by CCA.
  - ♦ Natalie asked Warden Wengler who will be the new person responsible for monitoring the inmate phone system for STG intelligence. Anastacio Perez replied he plans on giving all the Unit Managers access to the phone system.
  - ♦ Warden Wengler updated the group on the search for a new investigator. One applicant turned down the position due to salary issues, another applicant was dismissed due to non disclosure of a POST decertification. These were the only two applicants so the process is starting over.
  - ♦ Zarah asked Warden Wengler if a new clinical supervisor has been hired. He replied no, he is awaiting information on when Julia Cochran is coming back to work. Zarah confirmed ICC is also short an RN. Warden Wengler replied yes, and they had 3 interviews for that position yesterday 6/2/10.
  - ♦ Zarah asked Warden Wengler if the onsite manpower study was performed. He replied no, it will be rescheduled.
  - ♦ Gary asked Warden Wengler if his understanding that ICC will be replacing all their revolvers with semiautomatics was correct; this would facilitate their POST hand gun certification. Warden replied yes, the goal is July pending lesson plan approval and equipment overhauls.
  - ♦ Diane asked Warden Wengler if he was able to move the offenders who are in P1 and P3 that are not TC offenders out. He replied they are presently working on it.
  - ♦ Warden Wengler said a recent offender transfer was cancelled because the receiving facility did not have any medical staff to screen the incoming offenders. Shannon replied he will address it.
  - ♦ Shane asked how recruiting was going for the CADC. Warden Wengler replied they have interviewed 2 applicants and they have turned the background checks in to be run; they also have 2 interviews set up for tomorrow 6/4/10. He asked if IDOC had any applicants they turned away for CCA to consider. Shannon replied they would have to speak to HR about sharing that information. Warden added they have placed want ads in the Sunday paper, advertising on the web, and has

an ad in "Counselor Magazine". Shane asked if postings are being made through the certification board. Warden replied yes, Mr. Falconburg is taking care of that.
- Warden Wengler asked if including the level 4 offender in the SOTP is a contract matter. Natalie replied it isn't but the reduction in contact hours, resulting from including the level 4 offenders, is.
- Warden Wengler said the finalized TC plan will be to IDOC by next week.

Old Business

- Facility Access for Volunteers-CIS – Matt Vallard
  - Matt asked Warden Wengler if the lobby staff have been trained to enter volunteer information into CIS. He replied AW Kessler was working on it and he was unsure of the status.

- Notice of Cancellations – Diane Baune
  - Diane stated she received no treatment cancellations even with the current lock down. She wonders if there can be a central contact person where all the facilitators notify if there are cancellations. Warden Wengler replied they will work on it and stop by her office with it. Shane asked if the late entry into pathways has been addressed. Diane replied yes, most of those on the list have been enrolled with the exception of a few close custody and STG offenders. Shannon added, a process has been agreed upon where notifications take place at a lower level.

- Relapse Prevention – Diane Baune
  - Diane asked the facility to identify all offenders past due for entry into Relapse Prevention, along with a timeline for enrollment. Warden Wengler asked if there had been improvement in enrollments since the program meeting. Diane replied 2 groups have been formed in the main building, representing some of the offenders still needing Relapse Prevention.

The next Monthly Program Meeting is on June 24th at 1400 at ICC

The next Healthcare Meeting is on June 28th at 0900 at ICC

The next Monthly Meeting is on July 1st at 1400 at ICC

# EXHIBIT B

Remove label                                            More

# FW: VACANCIES Day and Night.xls          work emails   x

**Jepsen, Shane** <Shane.Jepsen@cca.com>                                Feb 4
to me

**From:** Jepsen, Shane
**Sent:** Friday, September 10, 2010 11:36 AM
**To:** Wengler, Timothy
**Cc:** Jepsen, Shane
**Subject:** VACANCIES Day and Night.xls

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-m associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the autho not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e- any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been sca content and viruses by the McAfee Email Security System


**VACANCIES Day and Night.xls**
22K   View   Open as a Google spreadsheet   Download


**Shane Jepsen**

| Nights | Down all after 2130-0530 Sun- | Location of the vacanies. | Use of C/M,C/C,SgtLt.Capt. U/M,Chiefs, Etc. | | Days | Down for the day, *below are visitation spots* | Use of C/M,C/C,SgtLt.Capt. U/M,Chiefs, Etc. |
|---|---|---|---|---|---|---|---|
| 27-Aug | 9 | 1BC, 1DEF, 1GHI, 2JKL, 1M-R, 1 PIE, 2 Utility | 2 | | 27-Aug | 2 | 7 |
| 28-Aug | 8 | 1BC, 1DEF, 1GHI, 1 JKL, 1 M-R, 1S-X, 2utility | 2 | | 28-Aug | 2 | 7 |
| 29-Aug | 8 | 1BC, 1DEF, 1GHI, 1JKL, 1M-R, 1 PIE, 2 Utility | 2 | | 29-Aug | 2 | 5 |
| 30-Aug | 6 | 1 BC, 1 DEF, 1GHI, 1 JKL, 2Utility | 2 | | 30-Aug | 2 | 6 |
| 31-Aug | 6 | 1 BC, 1 DEF, 1GHI, 1 JKL, 2Utility | 5 | | 31-Aug | 0 | 7 |
| 1-Sep | 6 | 1 BC, 1 DEF, 1GHI, 1 JKL, 2Utility | 2 | | 1-Sep | 0 | 6 |
| 2-Sep | 8 | 1 BC, 1 DEF, 1GHI, 1 JKL, 1M-R,1 S-X, 2Utility | 3 | | 2-Sep | 0 | 6 |
| 3-Sep | 10 | 1 PIE, 1 DEF, 1GHI, 2 JKL, 2M-R,1 S-X, 2Utility | 5 | | 3-Sep | 2 | 9 |
| 4-Sep | 12 | 1BC, 1 PIE, 1 DEF, 3GHI, 2 JKL, 1M-R,1 S-X, 2Utility | 6 | | 4-Sep | 2 | 7 |
| 5-Sep | 10 | 1BC,2DEF, 1GHI,2JKL,1S-X, 1PIE, 2Utility | 3 | | 5-Sep | 1 | 9 |
| 6-Sep | 11 | 1BC,2DEF, 1GHI,1JKL,1S-X, 1M-R, 1PIE, 3Utility | 4 | | 6-Sep | 2 | 13 |
| 7-Sep | 7 | 1BC,1DEF,1GHI,1JKL,1M-R, 2 Utility | 5 | | 7-Sep | 0 | 9 |
| 8-Sep | 7 | 1BC,1DEF,1GHI,1JKL,1M-R, 2 Utility | 5 | | 8-Sep | 0 | 8 |
| 9-Sep | 11 | 1BC,2DEF,1GHI.1JKL,2M-R,2S-X,2 Utility | 4 | | 9-Sep | 0 | 8 |

Note,                                                                                 Hospital duty has been
two officers for the last several weeks (with no end insight) we took another inmate down last night total of four, and one out
today for surgery that could total six admitted.                                      Monthly Parole
hearings (next week M-Th.) will require an additional 3 Officers.
PHO's 2-3 times per week, 1-3 PHO's that require additional Utility staff.            Note, 8-8-10
thru 8-28-10 averaged 7.9 vacanies on night shift.