Peter F. Munger (CO12438)
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO 80202
Telephone:  (303) 892-0404
Facsimile:   (303) 892-5575

Michael J. Elia (5044)
MOORE & ELIA, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone:  (208) 336-6900
Facsimile:   (208) 336-7031

Attorneys for Defendants Corrections Corporation of America and Kevin Myers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANE JEPSEN, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Tennessee Corporation and KEVIN MYERS, in his individual and official capacity.<br><br>             Defendants | Civil Action No:  13-cv-454-S-BLW<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, defendant Corrections Corporation of America states that it is a nongovernmental corporation.  It has no parent corporation and no other entity owns 10% or more of its stock.

DATED April 2, 2014

By: *s/Peter F. Munger*
Peter F. Munger
Attorney for Defendants Corrections Corporation of America and Kevin Myers

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 2nd day of April, 2014, I served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| Jeremiah Hudson<br>Fisher & Hudson, PLLC<br>910 W. Main St., Ste. 254<br>Boise, Idaho 83702<br>jeremiah@fisherhudson.com | \_\_\_\_\_ U.S. Mail, postage prepaid<br>\_\_\_\_\_ Hand Delivered<br>\_\_\_\_\_ Overnight Mail<br>\_\_\_\_\_ Fax Transmission 208-765-4636<br>\_\_X\_\_ ECF/PACER |
| Howard A. Belodoff<br>Belodoff Law Office, PLLC<br>1004 W. Fort St.<br>Boise, Idaho 83702<br>hbelodoff@hotmail.com | |

      JACKSON LEWIS P.C.

      *s/Shelley Remaklus*
      Shelley Remaklus

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT