Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Fisher & Hudson, PLLC
910 W. Main St., Ste. 254
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 297-2689
Email: jeremiah@fisherhudson.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANE JEPSEN, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRECTIONS CORPORATION OF ) <br> AMERICA, a Tennessee Corporation and ) <br> KEVIN MYERS, in his individual and ) <br> official capacity. ) <br> ) <br> Defendants ) <br> _____ ) | Case No.: CV 1:13-454-BLW <br><br> STIPULATION AND MOTION TO VOLUNTIARILY DISMISS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii) |

COMES NOW the Plaintiff and Defendants, by and through their respective counsel, to hereby stipulate and move this Court for an order, pursuant to FED. R. CIV. P. 41 (a)(1)(A)(ii), to the voluntary dismissal of this action in its entirety with prejudice.

DATED this 24th day of December, 2014.

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| *s/ Howard A.Belodoff*_____ | s/ *Peter F. Munger*_____ |
| Howard A. Belodoff | Peter F. Munger |
| Belodoff Law Office, PLLC | JACKSON LEWIS P.C. |
| hbelodoff@hotmail.com | Peter.Munger@jacksonlewis.com |

*s/ Jeremiah Hudson*_____
Jeremiah Hudson
Fisher Rainey Hudson
jeremiah@frhtriallawyers.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 24th day of December 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

Michael J. Elia
MOORE AND ELIA, LLP
P. O. Box 6756
Boise, ID 83707
Tel: (208) 336-6900
Fax: (208) 336-7031
Email: mje@mbelaw.net

Peter F. Munger
JACKSON LEWIS P.C.
950 17TH St., Suite 2600
Denver, CO 80202
Tel: (303) 892-0404
Fax: (303) 892-5575
Email: peter.munger@jacksonlewis.com

_____
Howard A. Belodoff