Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Fisher & Hudson, PLLC
910 W. Main St., Ste. 254
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 297-2689
Email: jeremiah@fisherhudson.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANE JEPSEN, an individual, | ) |
| Plaintiff, | ) Case No.: CV 1:13-454-BLW |
| v. | ) |
| | ) **ORDER OF VOLUNTARY** |
| CORRECTIONS CORPORATION OF AMERICA, a Tennessee Corporation and KEVIN MYERS, in his individual and official capacity. | ) **DISMISSAL** |
| Defendants | ) |

THIS MATTER is before the Court on the parties Stipulation and Motion to Voluntarily Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court having reviewed the motion:

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

Dated: January 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER OF VOLUNTARY DISMISSAL – Page 1